UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Evonne Flores**, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>**The Sales Staff LLC**, et al.,<br><br>　　　　　Defendants. | No. CV17-2474-PHX DGC<br><br>**ORDER GRANTING JOINT MOTION FOR FLSA SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE** |

The Court having reviewed the Parties' Joint Motion for FLSA Settlement Approval and Dismissal with Prejudice.  Doc. 50.

**IT IS ORDERED** that the parties' joint motion for FLSA settlement approval and dismissal with prejudice (Doc. 50) is **granted.**  This Court shall retain jurisdiction for the purposes of interpreting, implementing, and enforcing the Parties' Settlement Agreement and all orders and judgments entered in connection with it.

Dated this 27th day of February, 2018.

_____
David G. Campbell
United States District Judge